IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

THOMAS B. AUSTIN,
    Plaintiff,

vs.                                                 Case No. 3:10cv99/MCR/MD

ESCAMBIA COUNTY,
    Defendant.
_____

## REPORT AND RECOMMENDATION

       This cause is before the court upon referral from the clerk. Plaintiff commenced this action on April 1, 2010 by filing a civil rights complaint and a motion for leave to proceed *in forma pauperis*. Plaintiff's *in forma pauperis* motion was found to be deficient and he was given twenty-eight (28) days to file another motion or to pay the filing fee of $350.00 (doc. 4).

       After receiving no response from plaintiff, this court entered an order on May 20, 2010 giving plaintiff twenty one (21) days to show why this case should not be dismissed for failure to comply with an order of the court (doc. 5). To date, plaintiff has failed to comply with this court's orders or explain his inability to do so.

       Accordingly, it is respectfully RECOMMENDED:

       1.    That this case be dismissed without prejudice for failure to prosecute and failure to comply with an order of the court.

       2.    That the clerk be directed to close the file.

       At Pensacola, Florida, this 24th day of June, 2010.

                                              /s/ *Miles Davis*
                                              MILES DAVIS
                                              UNITED STATES MAGISTRATE JUDGE

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.** *Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control*. **A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** *See* **28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11**[th] **Cir. 1988).**